H. Frank Van Tyne, Respondent, v. Richard H. Wheelock, Appellant.— Motion granted and appeal dismissed unless the appellant shall file and serve the printed papers and printed briefs on or before December 20, 1925, and shall be ready to argue the appeal at the opening of the January, 1926, term of this court, and shall pay to respondent's attorney ten dollars. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

The People of the State of New York, Respondent, v. George Gribbroek, Appellant.— Motion granted, unless the appellant shall file and serve the printed papers and printed briefs on appeal on or before the 15th day of December, 1925; and in case of appellant's default so to file and serve said papers and briefs, the respondent, upon filing an affidavit showing such default, shall be entitled to an order finally dismissing this appeal without other or further notice to the appellant. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

Thomas Gorman, Respondent, v. Edward E. Wegman and Another, Appellants.— Motion granted and appeal dismissed, with costs, including ten dollars costs of this motion. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

William La Fever, Appellant, v. James C. Davis, Director-General, etc., Respondent.— Motion granted and appeal dismissed. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

The People of the State of New York, Appellant, v. John Kinnetz, Respondent.— Appeal dismissed, upon stipulation filed, without costs to either party. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

The People of the State of New York, Appellant, v. Clayton Blasdell, Respondent.— Appeal dismissed, without costs to either party, upon stipulation filed. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

The People of the State of New York, Appellant, v. Harry Bull, Respondent.— Appeal dismissed, without costs to either party, upon stipulation filed. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

---

## First Department, December, 1925.

Adolph Kaempfer, Respondent, v. Tompkins-Kiel Marble Co., Inc., Appellant.

Appeal from an order of the Supreme Court, made at the New York Special Term and entered in New York county clerk's office April 3, 1925, denying defendant's motion for judgment on the pleadings.

Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Merrell, Finch, Martin and Burr, JJ.; Merrell and Finch, JJ., dissent.

Finch, J. (dissenting). I dissent. There was no obligation to order any marble if none was required. In that event, the remedy of the plaintiff was expressly fixed by the terms of the contract, namely, to cancel the contract. Merrell, J., concurs.